BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
VERDA SHIPPING INC.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERDA SHIPPING INC.,

               Plaintiff,

-against-

EMCO SHIPPING,

               Defendant.
------------------------------------------------------------X

08 Civ. 2751 (PKC)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, VERDA SHIPPING INC., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
         March 14, 2008

                                          BROWN GAVALAS & FROMM LLP
                                          Attorneys for Plaintiff
                                          VERDA SHIPPING INC.

                          By: _____
                              Peter Skoufalos (PS-0105)
                              355 Lexington Avenue
                              New York, New York 10017
                              212-983-8500