**BROWN GAVALAS & FROMM LLP**  **MEMO ENDORSED**

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

June 30, 2008

**BY FACSIMILE**
(212) 805-7949

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, 2260
New York, New York 10007

Re: Verda Shipping Inc. v. EMCO Shipping
 08 Civ. 2751 (PKC)
 ORef: 1610.0001

Dear Judge Castel:

We represent the plaintiff, Verda Shipping Inc., in this matter and write to request an adjournment of the initial status conference scheduled for tomorrow, July 1, 2008.

As the Court is aware, we commenced this action on March 14, 2008, seeking security for an award in London arbitration pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure. We have now been instructed to dismiss this action without prejudice, and are currently circulating a notice of voluntary dismissal, which we anticipate filing tomorrow. In light of the pending dismissal of this action, we respectfully request that the Court adjourn the initial status conference scheduled for tomorrow.

We thank the Court for its consideration of this request.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

*[Handwritten endorsement: Conference adjourned from July 1, 2008 to July 25, 2008 at 9:30. SO ORDERED. USDJ 6-30-08]*