BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
VERDA SHIPPING INC.
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

VERDA SHIPPING INC.,

    Plaintiff,

 -against-

EMCO SHIPPING,

    Defendant.
---------------------------------------X

08 Civ. 2751 (PKC)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

 PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, VERDA SHIPPING INC., hereby dismisses this action without prejudice and without costs to either party.

Dated: New York, New York
   July 1, 2008

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
VERDA SHIPPING INC.

By: _____
Peter Skoufalos (PS-0105)
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

So ORDERED
[signature]
USDJ
7-1-08